Jack P. Lipton, Ph.D., Esq. (SBN 143567)
E-Mail: jlipton@bwslaw.com
Richard M. Fannan (SBN 76364)
E-mail: rfannan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Plaintiff
CODEMED, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODEMED, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HCCS, also known as Healthcare Coding and Consultant Services, a Florida business entity of unknown form,<br><br>Defendant. | Case No. CV12-6653-RGK (PJWx)<br><br>**[PROPOSED] JUDGMENT** |

GOOD CAUSE APPEARING and pursuant to stipulation of the parties, it is hereby ordered:

1. That HCCS and its subsidiaries, parents, or divisions are permanently enjoined from:

   a. Using in any manner the CODEMED trademark owned by plaintiff; and

   b. Infringing any and all of plaintiff's trademark rights in the CODEMED service mark by using the term or any phrase confusingly similar to it in any advertising or signage.

2. That, within thirty (30) days after entry of judgment, HCCS, its subsidiaries, parents or divisions shall remove any use of the mark from any brochures, pamphlets, advertising, or web pages and shall surrender for destruction all advertising materials that use the CODEMED trademark.

3. That HCCS shall pay to CODEMED the sum of $5,000 (Five Thousand Dollars) within ten (10) days after entry of judgment.

DATED: September 18, 2012

_____
R. GARY KLAUSNER
JUDGE OF THE U.S. DISTRICT COURT